01-15-00849-cv

AFFIDAVIT

UNSWORN DECLARATION
IN FORMA PAPERIS

_____

My name is Derrick Anthony Polly, my date of birth is, 12/10/1963, and my inmate identifying number is 609271. I am presently incarcerated in the Texas Department of Criminal Justice's Robertson Unit, in Abilene, Jones County, Texas, 79601. I declare under penalty of perjury that the following is true and correct:

I currently own no Real Estate, Land, or Real Property of value that may be used to assist in paying the fees incurred in this legal matter.

I currently have no savings accounts, no stocks, bonds, or any financial instruments that provide an income to me. I have no job, I do not earn an income as an incarcerated person in TDCJ. I receive gifts from family and friends a few times a year to assist me in purchasing basic commissary items from the prison commissary. I have no legal spousal income to report.

I am indigent, and have no source of income that will allow me to pay the filing fee relating to filing the MOTION FOR LEAVE TO FILE ORIGINAL APPLICATION FOR WRIT OF MANDAMUS.

This is the end of my Affidavit.

EXECUTED this 25th day of September 2015.

/s/ Derrick A. Polly
Derrick A. Polly

```
CSINIB02/CINIB02   TEXAS DEPARTMENT OF CRIMINAL JUSTICE      09/29/15
RB51/WSM4039              IN-FORMA-PAUPERIS DATA             05:13:38
TDCJ#: 00609271 SID#: 04633650 LOCATION: ROBERTSON    INDIGENT DTE:
NAME: POLLY,DERRICK ANTHONY         BEGINNING PERIOD: 03/01/15
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:      179.92 TOT HOLD AMT:      0.00 3MTH TOT DEP:      500.00
6MTH DEP:         910.00 6MTH AVG BAL:    245.44 6MTH AVG DEP:      151.67
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
08/15     255.02          100.00       05/15     345.03          110.00
07/15     322.07          275.00       04/15     418.96          300.00
06/15     317.42          125.00       03/15     308.34            0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Jones_
ON THIS THE _29_ DAY OF _September_, _15_, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _____
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



SHAWN M. ELLISON
Notary Public, State of Texas
My Commission Exp 11-26-17